UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KEVIN GOODMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>CAL. DEPT. OF CORR. & REHAB.,<br>et al.,<br><br>          Defendants. | No. CV 07-01776-CJC (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, (2) GRANTING IN PART DEFENDANTS' MOTION TO DISMISS; (3) DENYING IN PART DEFENDANTS' MOTION TO DISMISS; AND (4) ORDERING DEFENDANTS DR. FITTER AND DR. SINGH TO FILE AN ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that an Order be entered (1) approving and adopting the Report and Recommendation; (2) granting Defendants' Motion to Dismiss with respect to dismissing Defendant California Department of Corrections and Rehabilitation and dismissing Plaintiff's claim for a Fourteenth Amendment equal protection violation (Claim 2); (3) denying in part Defendants' Motion to Dismiss as to Defendants Dr. Fitter and Dr. Singh; and (4) Defendants Dr.

Fitter and Dr. Singh be ordered to file an Answer to the First Amended Complaint within 30 days of the date of this Order.

DATED: October 14, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE