1
2
3
4
5
6
7                  UNITED STATES DISTRICT COURT
8                 CENTRAL DISTRICT OF CALIFORNIA
9                        WESTERN DIVISION
10
11  KEVIN GOODMAN,                )  No. CV 07-01776-CJC (VBK)
                                  )
12              Plaintiff,        )  ORDER TO SHOW CAUSE
                                  )
13      v.                        )
                                  )
14  CAL. DEPT. OF CORR. &         )
    REHAB., et al.,               )
15                                )
                Defendants.       )
16                                )
                                  )
17

18      On January 21, 2011, the Court issued an Order Requiring
19  Plaintiff to Notify Court of Current Address.  The Court Order
20  specified that if Plaintiff failed to advise the Court of his
21  current address within 15 days of the Order, the Court would
22  issue an Order to Show Cause re Dismissal for want of
23  prosecution.  As of this date, Plaintiff has failed to comply
24  with the Court's Order.
25      Accordingly, on or before February 23, 2011, Plaintiff is
26  **ORDERED** to show good cause, if any, why he has failed to notify
27  the Court of his current address in accordance with the Court's
28  January 21, 2011 Order and why this action should not be

                                 1

1 | dismissed for failure to comply with a Court Order and/or failure
2 | to prosecute. Plaintiff shall attempt to show good cause by
3 | filing a Declaration under penalty of perjury containing the
4 | information required by the Court's January 21, 2011 Order.
5 |     The Court admonishes Plaintiff that his failure to file a
6 | declaration responsive to this Order to Show Cause will be deemed
7 | by the Court as another violation of a Court Order and as further
8 | evidence of his lack of prosecution and will result in a
9 | recommendation to the District Judge that the action be dismissed
10 | on those grounds.  See Link v. Wabash R.R. Co., 370 U.S. 626,
11 | 629-30, 82 S.Ct. 1386, reh'g denied 371 U.S. 873, 83 S.Ct. 115
12 | (1962); Fed.R.Civ.P. 41(b).

14 | DATED: February 8, 2011                    /s/
                                           VICTOR B. KENTON
15 |                                        UNITED STATES MAGISTRATE JUDGE