JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KEVIN GOODMAN, | No. CV 07-01776-CJC (VBK) |
| Plaintiff, | ORDER FOR SUMMARY DISMISSAL |
| v. | |
| CAL. DEPT. OF CORR. & REHAB., et al., | |
| Defendants. | |

On March 27, 2007, Kevin Goodman (hereinafter referred to as "Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. §1983 against Defendants California Department of Corrections and Rehabilitation, Medical Technician Assistant Nurse Clark; Dr. Singh and Chief Medical Officer Dr. J. Fitter.

On December 20, 2007, Plaintiff filed a First Amended Complaint.

On October 14, 2008, the District Court issued an Order granting in part Defendants' Motion to Dismiss as to dismissing Defendant California Department of Corrections and Rehabilitation and denying Defendants' Motion to Dismiss with respect to

1

dismissing Defendants Dr. Singh and Dr. Fitter.

On November 14, 2008, Defendants Dr. Singh and Dr. Fitter filed an Answer to the First Amended Complaint.

On November 17, 2008, the Court set discovery and motion cut-off dates. Since that date, the Court has granted five extensions of time of the discovery and motion cut-off dates.

On June 15, 2011, the Court issued an "Order Requesting Confidential Statements re: Case Selection for Prisoner Settlement Program."

On June 21, 2011, Plaintiff filed a document entitled "Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)," notifying this Court that he wished to have the entire action voluntarily dismissed. Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff's First Amended Complaint and entire action is hereby dismissed.

**IT IS THEREFORE ORDERED** that Plaintiff's First Amended Complaint and entire action is hereby dismissed with prejudice.

DATED: June 22, 2011

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented on
June 21, 2011 by

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE